SIGMUND SIMON AND ISAAC MENDELSON v. WILLIAM LELAND, SHERIFF OF CLINTON COUNTY.

*Cross replevin.*

This case is ruled by *Simon v. Leland, ante,* 226.

Error to Clinton. (Daboll, J.) Argued April 18, 1895. Decided May 21, 1895.

Replevin. Plaintiffs bring error. Affirmed. The facts are stated ·in *Simon v. Leland, ante,* 226.

*Watson & Chapman,* for appellants.

*Lyon & Dooling,* for defendant.

LONG, J. This case is ruled by the case of *Simon v. Leland, ante,* 226, and must be affirmed.

MCGRATH, C. J., MONTGOMERY and HOOKER, JJ., concurred. GRANT, J., did not sit.